**ENTER / JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARROT, | Case No: CV 07-3367 ODW(VBKx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| MITCH HARMATZ, et al., | |
| Defendants. | |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed.

Date: February 1, 2008

_____
OTIS D. WRIGHT II
United States District Judge